

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:      01-15-01014-CR

Style:      Marcell Lamont Kennedy v. The State of Texas

Date motion filed*:      January 26, 2016

Type of motions:      First Unopposed Motion for Extension of Time to File Brief

Parties filing motions:      Appellant

Document to be filed:      Appellant's Brief

Is appeal accelerated?      No.

If motion to extend time:

      Original due date:      N/A (Clerk's Record not yet filed)

      Number of extensions granted:      0      Current Due Date:  N/A

      Date Requested:      March 1, 2016 (32 days from January 29, 2016)

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due:

    ☑ Denied without prejudice

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

On December 18, 2015, the trial clerk filed a corrected assignment letter in this Court noting that the notice of appeal was filed on November 18, 2015, but a motion for new trial was filed on November 30, 2015, which sets the appellate record deadline to 120 days after the date sentence was imposed on October 29, 2015, or by February 26, 2016. *See* TEX. R. APP. P. 35.2(b). Thus, appellant's motion for an extension of time to file appellant's brief is **denied as premature without prejudice** to refiling because, although the reporter's record was filed on December 10, 2015, the briefing deadlines do not begin until after the appellate record is complete, and the clerk's record is to be filed by February 26, 2016. *See* TEX. R. APP. P. 38.6(a)(1).

Judge's signature: /s/ Laura Carter Higley
                    ☒ Acting individually

Date:  February 2, 2016

November 7, 2008 Revision